UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-2231 DSD/SRN

UNITED STATES OF AMERICA,

Plaintiff,

v. ORDER

PAMELA SMITH VANKIRK,

Defendant.

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 17 day of April, 2001.

UNITED STATES MAGISTRATE JUDGE

4-18-01
... CLERK
JUDGMENT ENTD
DEPUTY CLERK JK